CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
PINELLAS COUNTY, STATE OF FLORIDA
Civil Division

GAIL DYE,

      Plaintiff,

v.

THE TRANSITION HOUSE, INC.

      Defendant.

_____/

### Complaint & Jury Demand

1.    The Plaintiff, Gail Dye, sues Defendant, The Transition House, Inc., for failing to pay her overtime.

2.    The Plaintiff worked for Defendant within the past three years.

3.    Plaintiff conducted worked for Defendant in Tarpon Springs, Florida in among other cities in Florida.

4.    The Honorable Court has jurisdiction as damages exceed $15,000.00 and violations occurred in, among other counties, Pinellas County, Florida.

5.    Defendant was Plaintiff's employer as defined by 29 U.S.C. § 203(d). Specifically Defendant treated Plaintiff as an employee by deducting payroll taxes and treating her as an employee.

6.    Defendant operates work release programs.

7.    Plaintiff kept track of the inmate's finances and jobs for the work release program facilitated by Defendant.

1

8.     Defendant did not keep accurate time records pursuant to 29 U.S.C. § 211(c).

9.     Defendant intentionally underpaid Plaintiff.

10.    Plaintiff is not unique in being underpaid for work by Defendant.

11.    Defendant has failed to pay other similarly situated employees, contemporaneous overtime in the past three years.

12.    Defendant was an enterprise engaged in commerce at all times that Plaintiff worked for Defendant.

13.    Defendant has annual revenues of over $500,000.00.

14.    Defendant employs employees that are individually covered by the Fair Labor Standards Act.

15.    Defendant employs employees that handle goods or materials that have moved in interstate commerce such as pens, phones, computers and paper.

16.    Plaintiff was entitled to overtime for all hours worked over forty in a workweek pursuant to 29 U.S.C. § 207(a)(1).

17.    Defendant did not pay Plaintiff all overtime due.

18.    Plaintiff regularly worked through her lunches without receiving pay.

19.    Defendant owes Plaintiff unpaid overtime, liquidated damages, attorneys' fees and costs pursuant to 29 U.S.C. § 216(b).

20.    Defendant willfully violated the FLSA.

Wherefore, Plaintiff demands trial by jury, judgment, unpaid overtime, liquidated damages, attorneys' fees and costs.

Respectfully submitted this 9th day of May 2018,

/s/ Christina Thomas Mazaheri
Christina Thomas Mazaheri
Florida Bar Number 0074846
Bernard R. Mazaheri
Florida Bar Number 643971
Morgan & Morgan
333 W Vine St Ste 1200
Lexington, Kentucky 40507
Tel – (859)286-8368
Email – cthomas@forthepeople.com
          bmazaheri@forthepeople.com

3